UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23413-CV-MARTINEZ/SANCHEZ

OFER PELEG,

    Plaintiff,

v.

JOE GENOVESE and MICHAEL GENOVESE
DIAMOND & ESTATE BROKER, INC.,

    Defendants.

_____/

### ORDER DENYING DEFENDANTS' RENEWED MOTION FOR SANCTIONS

This matter is before the Court on Defendants' Renewed Motion for Sanctions.[1] ECF No. 32 at 4.[2] In their motion, Defendants failed to comply with Local Rule 7.1's conferral requirement. *See id.* Under the Local Rules of this Court, prior to filing the motion, Defendants' counsel was required to "confer . . . or make reasonable effort to confer . . . with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion." S.D. Fla. L.R. 7.1(a)(2). In addition, this Court's posted Discovery Procedures, which the parties are required to follow, *see* S.D. Fla. L.R. 26.1(g)(1), require that the pre-filing conferral for discovery disputes be conducted "either in person, via telephone, or via Zoom (or equivalent conferencing/communication platform)." *See* Discovery

---

[1] Defendants' motion was originally filed as a Motion for Attorneys' Fees and Renewed Motion for Sanctions. ECF No. 32. This Order only addresses Defendants' Motion for Sanctions. Defendants' Motion for Attorneys' Fees will be addressed in due course by a separate order following the filing of Plaintiff's response, which is due on October 10, 2025.

[2] The Honorable Jose E. Martinez, District Judge, referred this case to the undersigned for all Discovery Matters. ECF No. 18.

Procedures for Magistrate Judge Sanchez § I(A).[3]  Defendants' counsel was also required to include a certification at the end of the motion identifying any conferral or attempts to confer with Plaintiff's counsel.  *See id.* (requiring movant to include in the motion a certificate of good faith that complies with Local Rule 7.1(a)); *see also* S.D. Fla. L.R. 7.1(a)(2).

Notwithstanding the foregoing requirements, Defendants' motion does not include the certification required by Local Rule 7.1(a)(2) and does not show that they conferred in good faith with opposing counsel regarding their motion for sanctions,[4] as required by the Local Rules and by this Court's Discovery Procedures.  Defendants' lack of conferral constitutes sufficient grounds for denying their motion for sanctions.  *See, e.g.*, S.D. Fla. L.R. 7.1(a)(2) ("Failure to comply with the requirements of this Local Rule may be cause for the Court to grant or deny the motion . . . ."); *Silver Creek Farms, Ltd. Liab. Co. v. Fullington*, No. 16-80353-CV, 2018 WL 1413064, at *3 (S.D. Fla. Mar. 20, 2018) ("Failure to confer or to show a good-faith attempt to confer, by itself, constitutes grounds for the motion to be denied."); *Incardone v. Royal Carribean Cruises, Ltd.*, No. 16-20924-CIV, 2018 WL 6520934, at *4 (S.D. Fla. Dec. 11, 2018) ("Failure to certify conferral under Local Rule . . . is grounds for denial of a motion."), *report and recommendation adopted*, 2019 WL 8989848 (S.D. Fla. June 5, 2019).

Accordingly, it is hereby

---

[3] The Discovery Procedures are posted at: https://www.flsd.uscourts.gov/sites/flsd/files/Discovery Procedures for Judge Sanchez.pdf.

[4] In the motion, Defendants' counsel assert that they "attempted to meet and confer on the fee amount prior to filing this motion" and properly identified with specificity the date, time, and manner of each attempt.  ECF No. 32 at 4 n.1; *see* S.D. Fla. L.R. 7.1(a)(2).  The motion does not address, however, whether Defendants' counsel attempted to confer with opposing counsel *regarding their motion for sanctions*.  *See* ECF No. 32 at 4 n.1.  Accordingly, the undersign finds that footnote 1 is not sufficient to show that Defendants' counsel attempted to meet and confer in good faith with opposing counsel regarding their motion for sanctions.

**ORDERED AND ADJUDGED** that Defendants' Renewed Motion for Sanctions, ECF No. 32, is **DENIED WITHOUT PREJUDICE**. Defendants may re-file their motion, if necessary and appropriate, after proper conferral with Plaintiff's counsel.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 7th day of October 2025.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:	Hon. Jose E. Martinez
	Counsel of Record